Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ANA ROSARIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANA ROSARIO,<br><br>        Defendant. | Case No. CR 18-0259 BLF<br><br>[PROPOSED] SEALING ORDER |

For good cause shown, it is hereby ordered that the Stipulation Regarding Specific Contents of Alleged Trade Secret Documents Allegedly Possessed by Ana Rosario shall be filed under seal and not unsealing without further order of this Court.

Dated: SEPT 4, 2019

/s/ Beth Labson Freeman
Hon. Beth Labson Freeman
United States District Court