1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | AMIE D. ROONEY (CABN 215314)
SUSAN KNIGHT (CABN 209013)
5 | Assistant United States Attorney

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
7 | Telephone: (408) 535-5061
FAX: (408) 535-5066
8 | Email: Amie.Rooney@usdoj.gov
Susan.Knight@usdoj.gov

9

10 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 18-00259 BLF |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| ANA ROSARIO, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts One, Two, Ten, Eleven, and Fourteen contained in the above-captioned indictment against defendant Ana Rosario only without prejudice.

DATED: 12/11/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 18-00259 BLF

v. 7/10/2018

# [PROPOSED] ORDER

Leave is granted to the government to dismiss Counts One, Two, Ten, Eleven, and Fourteen contained in the above-captioned indictment against defendant Ana Rosario.

DATED:

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge